## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                    **CASE NO.: 4:06-CR-020-SPM**

**LENARD MINOR,**

            **Defendant.**

_____/

### ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the Report and Recommendation (doc. 95) of the United States

Magistrate Judge, to which there have been no timely objections, and subject to the

Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal

Procedure 11(e)(2), the plea of guilty of the defendant, **LENARD MINOR**, to Count One

of the indictment is hereby ACCEPTED.  All parties shall appear before this Court for

sentencing as directed.

        **DONE AND ORDERED** this <u>twenty-first</u> day of June, 2006.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge