IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.   CASE NO.: 4:06-CR-020-SPM

**LENARD MINOR,**

   **Defendant.**
_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Motion for Continuance of Sept. 25, 2006 Sentencing" (doc. 124) filed August 31, 2006, in which Defendant requests a 30-day continuance in order to complete his cooperation with the Government.

Notwithstanding the fact that the motion lacks a certificate of consultation as required by Local Rule 7.1(B), the Court finds the request to be reasonable. It is thus

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Continuance (doc. 124) is hereby *granted*.

2. Sentencing is reset for **Monday, October 16, 2006** at *1:30pm* at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>fifth</u> day of September, 2006.

   *s/ Stephan P. Mickle*
   _____
   Stephan P. Mickle
   United States District Judge