IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                       CASE NO.: 4:06-CR-020-SPM

**LENARD MINOR, et al.,**

      **Defendants.**
_____/

**ORDER CONTINUING SENTENCING**

**THIS CAUSE** comes before the Court upon the "Defendant's Third Unopposed Motion to Continue" (doc. 144) filed February 9, 2007. Defendant is expected to testify at the trial of recently-indicted co-conspirator Terrance Oliver and requests a continuance until that trial occurs. The Government does not oppose the motion.

Finding good cause for the continuance, it is accordingly

**ORDERED AND ADJUDGED** as follows:

1. Defendant's motion to continue (doc. 144) is hereby *granted*.

2. Sentencing is reset for **Monday, April 23, 2007** at *1:30pm* at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>fourteenth</u> day of February, 2007.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge